| United States Bankruptcy Court<br>Northern District of Illinois<br>Western Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Harris, Alicia, L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Asmwia L. Harris** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **9437** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1028 Kishwaukee Street**<br>**Rockford, IL**<br>ZIP CODE   **61104** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 8031**<br>**Rockford, IL**<br>ZIP CODE   **61126** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br>_____<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house- hold purpose." | ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>-------------------------------------------<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Alicia L. Harris |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **s/ Henry Repay**                    **2/10/2012**<br>    Signature of Attorney for Debtor(s)          Date<br>    **Henry Repay**                           **06199079** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Alicia L. Harris |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ Alicia L. Harris**<br>Signature of Debtor  **Alicia L. Harris**<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>**2/10/2012**<br>Date | X **Not Applicable**<br>(Signature of Foreign Representative)<br><br><br>(Printed Name of Foreign Representative)<br><br><br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X **s/ Henry Repay**<br>Signature of Attorney for Debtor(s)<br><br>**Henry Repay  Bar No.  06199079**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Offices of Henry Repay**<br>Firm Name<br><br>**930 W. Locust  Street Belvidere, IL 61008-4226**<br>Address<br><br><br>**(815) 547-3369**          **(815) 544-5429**<br>Telephone Number<br><br>**2/10/2012**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br><br>Printed Name of Authorized Individual<br><br><br>Title of Authorized Individual<br><br><br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Western Division

In re   **Alicia L. Harris** _____          Case No. _____
                         Debtor                                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❑   Active military duty in a military combat zone.

    ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

        **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Alicia L. Harris**
                     **Alicia L. Harris**

Date:   **2/10/2012**

B6A (Official Form 6A) (12/07)

In re: __Alicia L. Harris_____.    Case No. _____
                       **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Time-Share Orange Lake Resort Kissimmee, Florida** | **Fee Owner** | **J** | **$ 12,126.00** | **$ 13,490.00** |
| | | Total ➢ | $ 12,126.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Alicia L. Harris**                                                                 ,          Case No. _____
                                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | W | **15.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's 1/2 Marital Interest Checking Acct. XXX4930 BMO Harris Bank 401 Southtowne Drive Belvidere, IL 61008 (Husband Solely Utilizes)** | J | **15.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's 1/2 Marital Interest Checking Acct. (Daughter's Account) BMO Harris Bank 401 Southtowne Drive Belvidere, IL 61008** | J | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's 1/2 Marital Interest Checking Acct. Kane County Teacher's Credit Union 11 Hawthorne Court Aurora, IL 60506 (Husband Solely Utilizes)** | J | **50.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's 1/2 Marital Interest Savings Acct. Kane County Teacher's Credit Union 11 Hawthorne Court Aurora, IL 60506** | J | **2.50** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Debtor's 1/2 Marital Interest Household Goods & Furnishings** | J | **1,750.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | W | **500.00** |
| 7. Furs and jewelry. | | **Debtor's 1/2 Marital Interest Wedding Rings, Miscellaneous** | J | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Debtor's 1/2 Marital Interest Gun** | J | **175.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Alicia L. Harris**                                      ,                    Case No. _____
                          **Debtor**                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K**<br>**Provena Health**<br>**Lincoln Alliance Processing Agent**<br>**3800 N. Wilke Road, Suite 250**<br>**Arlington Heights, IL 60004** | W | 1,642.69 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor's 1/2 Marital Interest**<br>**Winnebago County Judgment (Doubtful Collections)**<br><br>**Case 2004LM1082**<br>**(vs. Canechia Knight)**<br><br>**Case 2006LM2074**<br>**(vs. Arlene Shamri, Antonio Morales)** | H | 1.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Alicia L. Harris**                                          ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 1/2 Marital Interest**<br>**1995 Honda Nighthawk Motorcycle (7,000 miles)** | W | 600.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 1/2 Marital Interest**<br>**1995 Yamaha V-Max Motorcycle**<br>**(16,000 miles)** | H | 500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 1/2 Marital Interest**<br>**2003 Chevrolet Venture (150,000 miles)** | H | 1,050.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 1/2 Marital Interest**<br>**2004 Acura MDX**<br>**(100,000 miles)**<br>**(Also subject to husband's exemption claims)** | H | 5,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 1/2 Marital Interest**<br>**2005 Cadillac Deville(65,000 miles)** | W | 4,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

         __2__   continuation sheets attached          Total  ➤   $ 16,701.19

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Alicia L. Harris** _____   Case No. _____
Debtor                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **401K**<br>**Provena Health**<br>**Lincoln Alliance Processing**<br>**Agent**<br>**3800 N. Wilke Road, Suite 250**<br>**Arlington Heights, IL 60004** | **735 ILCS 5/12-1006** | **1,642.69** | **1,642.69** |
| **Debtor's 1/2 Marital Interest**<br>**2004 Acura MDX**<br>**(100,000 miles)**<br>**(Also subject to husband's**<br>**exemption claims)** | **735 ILCS 5/12-1001(b)** | **2,600.00** | **5,500.00** |
| **Debtor's 1/2 Marital Interest**<br>**2005 Cadillac Deville(65,000**<br>**miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,300.00** |
| **Debtor's 1/2 Marital Interest**<br>**Checking Acct.**<br>**(Daughter's Account)**<br>**BMO Harris Bank**<br>**401 Southtowne Drive**<br>**Belvidere, IL 61008** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Debtor's 1/2 Marital Interest**<br>**Checking Acct.**<br>**Kane County Teacher's Credit**<br>**Union**<br>**11 Hawthorne Court**<br>**Aurora, IL 60506**<br>**(Husband Solely Utilizes)** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Debtor's 1/2 Marital Interest**<br>**Household Goods &**<br>**Furnishings** | **735 ILCS 5/12-1001(b)** | **1,250.00** | **1,750.00** |
| **Debtor's 1/2 Marital Interest**<br>**Wedding Rings, Miscellaneous** | **735 ILCS 5/12-1001(a),(e)** | **500.00** | **500.00** |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a),(e)** | **500.00** | **500.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re  Alicia L. Harris _____ .        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1073148 <br><br>**The Family of Orange Lake Resorts**<br>**8505 W. Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL 34747** | X | J | **Security Agreement**<br>**Time-Share**<br>**Orange Lake Resort**<br>**Kissimmee, Florida**<br><br>**VALUE $12,126.00** | | X | | 13,490.00 | 1,364.00 |

0    continuation sheets
     attached

| | | |
|---|---|---|
| Subtotal ➢<br>(Total of this page) | $  13,490.00 | $  1,364.00 |
| Total ➢<br>(Use only on last page) | $  13,490.00 | $  1,364.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re  **Alicia L. Harris**                                                    Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Alicia L. Harris**                                    Case No. _____
                    ─────────────────────────────                        (If known)
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Alicia L. Harris**
_____
          **Debtor**

Case No. _____
          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **HOM000927138**<br>**AAA Insurance**<br>**MemberSelect Insurance Co.**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126** | X | H | **Homeowner's Insurance** | | X | | 858.00 |
| ACCOUNT NO.   **34147000701**<br>**AAA Insurance**<br>**The Auto Club Group**<br>**8288 Innovation Way**<br>**Chicago, IL 60682-0082** | X | H | **Automobile Insurance** | | X | | 1,342.00 |
| ACCOUNT NO.   **4855**<br>**Advanced Dental Arts Center**<br>**Dr. Ronald F. Conder**<br>**163 Cadillac Court, Suite 4**<br>**Belvidere, IL 61008** | X | J | **Dental Services** | | X | | 119.60 |
| ACCOUNT NO.   **HAR14468**<br>**Associates in Psychiatry & Coun.**<br>**2040 Larkin Avenue, Ste. 202**<br>**Elgin, IL 60123** | X | J | **Medical Services** | | X | | 106.40 |

<u>15</u>   Continuation sheets attached

Subtotal  ➤  $     **2,426.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alicia L. Harris**  _____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BCCC281114804XXXX** <br><br> **Belvidere Rehab Sports Med 1255 Logan Avenue Belvidere, IL 61008** <br><br> **Berks Credit & Collection PO Box 329 Temple, PA 19560** | X | J | **Medical Services** | | X | | 392.00 |
| ACCOUNT NO. **05-074300-00** <br><br> **Belvidere Water and Sewer Dept. 401 Whitney Blvd. Belvidere, IL 61008** | X | H | **Utilities** | | X | | 66.63 |
| ACCOUNT NO. **See Next Column** <br><br> **Bergners HSBC Retail Services PO Box 5244 Carol Stream, IL 60197-5244** <br><br> **Bergners Retail Services PO Box 15521 Wilmington, DE 19850-5521** <br><br> **Central Portfolio Control, Inc. 6640 Shandy Oak Road, #300 Eden Prairie, MN 55344-7710** <br><br> **LVNV Funding LLC PO Box 10497 Greenville, SC 29603** | | | **Miscellaneous Purchases 0000000009884063512, 98-8406-3512, RSRHH24** | | X | | 1,131.00 |

<u>15</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **1,589.63**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                          Case No. _____
_____
Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | X | J | | | X | | 12,804.00 |
| **Capital One** PO Box 30285 Salt Lake City, UT 84130-0285 | | | **Miscellaneous Purchases** **4388 6420 2342 7084,** **09743168,** **4121 7413 6712 2095** | | | | |
| **United Recovery Systems, LP** Po Box 722929 Houston, TX 77272-2929 | | | | | | | |
| **United Recovery Systems, LP** 5800 N. Course Drive Houston, TX 77072 | | | | | | | |
| **GC Services Limited Partnership** 6330 Gulfton Houston, TX 77081 | | | | | | | |
| **NCO Financial Systems Inc.** PO Box 61247 Dept 64 Virginia Beach, VA 23466 | | | | | | | |
| **Law Offices of James A. West P.C.** 6380 Rogerdale Rd., Ste. 130 Houston, TX 77072-1612 | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moore LLC** 125 S. Wacker Drive, Ste 400 Chicago, IL 60606-4440 | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moore** 211 Landmark Drive, Ste. C-1 PO Box 489 Normal, IL 61761 | | | | | | | |
| **Capital One** PO Box 30281 Salt Lake City, UT 84130-0281 | | | | | | | |

_15_   Continuation sheets attached

Sheet no. _2_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    12,804.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Alicia L. Harris**                                           Case No. _____
                      Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | X | J | | | X | | 1,336.99 |
| **Centegra** **3701 Doty Road** **Woodstock, IL 60090** **Harris & Harris Ltd.** **222 Merchandise Mart Plaza, Ste. 1900** **Chicago, IL 60654** **Automated Accounts Management Services** **4800 Mills Civic Parkway** **Suite 2020** **West Des Moines, IA 50265-5265** | | | **Medical Services** **1019700217,** **926584,** **7456XX** | | | | |
| ACCOUNT NO.    **See Next Column** | | | | | X | | 2,522.95 |
| **Chase** **Cardmember Service** **PO Box 15298** **Wilmington, DE 19850-5298** **Chase** **Cardmember Services** **PO Box 15548** **Wilmington, DE 19886-5548** **LHR** **354 Rust Lane** **Boerne, TX 78006-8202** **Chad Steur Law LLC** **PO Box 27198** **Salt Lake City, UT 84127-0198** | | | **Miscellaneous Purchases** **4266 8410 4016 1638,** **9078281,** **242472-1** | | | | |

___15___  Continuation sheets attached

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    3,859.94

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alicia L. Harris**                                    Case No. _____
                    _____
                              **Debtor**                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | X | H | | | X | | 896.79 |
| **Citi Cards** **PO Box 6077** **Sioux Falls, SD 57117-6077** **Academy Collection Service, Inc.** **10965 Decatur Road** **Philadelphia, PA 19154-3210** **Citi Cards** **Box 6000** **The Lakes, NV 89163-6000** | | | **Miscellaneous Purchases** **5424 1804 2189 5555,** **14778164** | | | | |
| ACCOUNT NO.   **6072 0912 3710 XXXX** | | | | | X | | 9,335.00 |
| **Citifinancial** **300 Saint Paul Pl** **BSP13A** **Baltimore, MD 21202** | | | **Installment Loan** | | | | |
| ACCOUNT NO.   **See Next Column** | X | J | | | X | | 28,005.96 |
| **CitiFinancial Services, Inc.** **Bankruptcy Dept.** **PO Box 140489** **Irving, TX 75014-0489** **CitiFinancial** **3502 E. State Street** **Rockford, IL 61108-1914** | | | **67330658-0152818,** **67130014-0208272,** **67130014-0109629** | | | | |
| ACCOUNT NO.   **8798540390133365** | X | H | | | X | | 277.60 |
| **Comcast** **4450 Kishwaukee Street** **Rocfkord, IL 61109** | | | **Cable Utilities** | | | | |

_15_   Continuation sheets attached

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **38,515.35**

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**  _____     Case No. _____
                                     **Debtor**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1039095032** | X | H | | | X | | 314.94 |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | | | **Utilities** | | | | |
| ACCOUNT NO.   **See Next Column** | | | | | X | | 7,566.54 |
| **Discover Card** **PO Box 15192** **Wilmington, DE 19850-5192** | | | **Miscellaneous Purchases** **6011 0075 4378 8367,** **B10922526** | | | | |
| **Discover Card** **PO Box 30943** **Salt Lake City, UT 84130** | | | | | | | |
| **Rockford Mercantile Agency** **2502 South Alpine Road.** **PO Box 5487** **Rockford, IL 61125-0847** | | | | | | | |
| **Northstar Location Services LLC** **PO Box 49** **Bowmansville, NY 14026-0049** | | | | | | | |
| **Redline Recovery Services LLC** **11675 Rainwater Dr., Ste. 350** **Alpharetta, GA 30009-8693** | | | | | | | |
| **Discover Financial Svc. LLC** **PO Box 15316** **Wilmington, DE 19850-5316** | | | | | | | |

_15_   Continuation sheets attached

Sheet no.  _5_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **7,881.48**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                              Case No. _____

                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **372200**<br><br>**Elgin Dental Profile**<br>**373 Summit Street, Suite #108**<br>**Elgin, IL 60120** | X | J | **Dental Services** | | X | | 27.00 |
| ACCOUNT NO.  **41251, 258F5-00000412151050**<br><br>**Fox Valley Hematology & Oncology Lt.d**<br>**1710 N. Randall Road, Ste. 300**<br>**Elgin, IL 60123**<br><br>**Transworld Systems Inc.**<br>**9525 Sweet Valley Drive**<br>**Valley View, OH 44125** | X | J | **Medical Services** | | X | | 213.51 |
| ACCOUNT NO.  **110744-3626947**<br><br>**Hauser Ross-Eye Institute**<br>**2240 Gateway Drive**<br>**Sycamore, IL 60178**<br><br>**H&R Accounts, Inc.**<br>**7017 John Deere Parkway**<br>**Moline, IL 61265** | X | J | **Medical Services** | | X | | 106.79 |

____15____  Continuation sheets attached

Sheet no. _6_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                          347.30

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | | | | X | | 2,171.06 |
| **HSBC Card Services** PO Box 81622 Salinas, CA 93912-1622 | | | **Miscellaneous Purchases** 5176 6900 2181 0895, 11347005, 0000009884063512, N00000023882835, KJD384 | | | | |
| **Blatt, Hasenmiller, Lebisker & Moore** 125 S. Wacker Drive, Suite 400 Chicago, IL 60606-4440 | | | | | | | |
| **Law Offices of James A. West P.C.** 6380 Rogerdale Rd., Ste. 130 Houston, TX 77072-1612 | | | | | | | |
| **JC Christensen & Associates Inc.** PO Box 519 Sauk Rapids, MN 56379 | | | | | | | |
| **LVNV Funding LLC** PO Box 10497 Greenville, SC 29603 | | | | | | | |
| **Resurgent Capital Services** _____ _____ | | | | | | | |
| **NCO Financial Systems Inc.** 507 Prudential Road Horsham, PA 19044 | | | | | | | |
| **HSBC Bank** PO Box 5253 Carol Stream, IL 60197 | | | | | | | |
| ACCOUNT NO.    **IPS24568509** | X | J | | | X | | 12.80 |
| **Illinois Pathologits Services LLC** PO Box 9846 Peoria, IL 6162 | | | **Medical Services** | | | | |

_15_  Continuation sheets attached

Sheet no. _7_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              2,183.86

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                    Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **19592**<br><br>**Jack Lenox MD**<br>**1415 E. State Street, Ste. 800**<br>**Rockford, IL 61104-2344** | X | J | **Medical Services** | | X | | 40.00 |
| ACCOUNT NO.  **See Next Column**<br><br>**Lowe's**<br>**GE Money Bank**<br>**PO Box 981064**<br>**El Paso, TX 79998-1064**<br><br>**Meyer & Njus P.A.**<br>**1100 US Bank Plaza**<br>**200 South Sixth Street**<br>**Minneapolis, MN 55402**<br><br>**GECRB/Lowe's DC**<br>**PO Box 965005**<br>**Orlando, FL 32896-5005**<br><br>**Lowe's**<br>**GE Money Bank**<br>**Attn:  Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | | **Miscellaneous Purchases**<br>**4305 9822 8431 3445,**<br>**200807635** | | X | | 1,826.00 |

<u>15</u>  Continuation sheets attached

Sheet no. <u>8</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    1,866.00

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                              Case No. _____
_____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | X | J | | | X | | 1,807.04 |
| **Macy's/Department Stores National Bank 111 Boulder Industrial Drive Bridgeton, M0 63044** | | | **Miscellaneous Purchases 43787939555, 721161, 4336 4130 1480, 732730** | | | | |
| **Universal Fidelity LP PO Box 941911 Houston, TX 77094-8911** | | | | | | | |
| **Titan Management Services LLC 2160 Satellite Blvd., Ste. 350 Duluth, GA 30097-4360** | | | | | | | |
| **Macy's PO Box 6938 The Lakes, NV 88901-6938** | | | | | | | |
| **Northland Group Inc. PO Box 390846 Minneapolis, MN 55439** | | | | | | | |
| **DSNB/Macy's PO Box 8218 Mason, OH 45040** | | | | | | | |
| ACCOUNT NO.   **304593** | X | H | | | X | | 147.00 |
| **MDC Environmental Services 1505 Greenlee Street Marengo, IL 60152-8247** | | | **Utilities** | | | | |
| ACCOUNT NO.   **0100392224** | X | J | | | X | | 59.60 |
| **Medtronic Minimed Distribution Corp. 13019 Collection Center Drive Chicago, IL 60693-0130** | | | **Medical Services** | | | | |

                    15   Continuation sheets attached

Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal  ➢  $          **2,013.64**

                                          Total  ➢  $
                         (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alicia L. Harris**                                    Case No. _____

                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | X | H | Utilities 01-74-60-2000 5, 7820905587, 35448802 | | X | | 1,992.18 |
| **Nicor Gas** **PO Box 2020** **Aurora, IL 60507-2020** **Harris & Harris** **600 W. Jackson Blvd., Ste. 400** **Chicago, IL 60661** **Asset Acceptance LLC** **PO Box 2036** **Warren, MI 48090-2036** | | | | | | | |
| ACCOUNT NO.   **0604081012** | X | J | **Medical Services** | | X | | 156.00 |
| **Oral and Maxillofacial** **Surgery Specialists** **4035 Morsay Drive** **Rockford, IL 61107** | | | | | | | |
| ACCOUNT NO.   **See Next Column** | X | J | **Medical Services** 20972210, AR9043, 21016605, 21586372 | | X | | 293.73 |
| **OSF Saint Anthony Medical Center** **5510 East State Street** **Rockford, IL 61108-2381** **Rockford Mercantile Agency** **2502 South Alpine Road.** **PO Box 5487** **Rockford, IL 61125-0847** | | | | | | | |

<u>15</u>   Continuation sheets attached

Sheet no.  <u>10</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        **2,441.91**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**
_____
                    Debtor

Case No. _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **As6369, 79767**<br><br>**OSF Specialty Clinic-Guilford Square**<br>**698 Featherstone Road**<br>**Rockford, IL 61107-6303**<br><br><br>**Rockford Mercantile Agency**<br>**2502 South Alpine Road.**<br>**PO Box 5487**<br>**Rockford, IL 61125-0847** | X | J | Medical Services | | X | | 189.40 |
| ACCOUNT NO.  **30394402-7**<br><br>**Progressive**<br>**PO Box 31260**<br>**Tampal, FL 33631** | X | J | Insurance | | X | | 160.00 |
| ACCOUNT NO.  **7250967512WDL**<br><br>**Quest Diagnostics**<br>**PO Box 809403**<br>**Chicago, IL 60680-9403** | X | J | Medical Services | | X | | 20.00 |
| ACCOUNT NO.  **62129, 210116000041XXXXX**<br><br>**Rockford Anesthesiologists Associated**<br>**PO Box 4569**<br>**Rockford, IL 61110-4569**<br><br><br>**Creditors' Protection Service Inc.**<br>**202 W. State Street**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | X | J | Medical Services | | X | | 165.00 |

_15_  Continuation sheets attached

Sheet no. _11_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                      534.40

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                            Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **Aw2260, 681136**<br><br>**Rockford Assoc. Pathologists**<br>**PO Box 15785**<br>**Rockford, IL 61132-5785**<br><br><br>**Rockford Mercantile Agency**<br>**2502 South Alpine Road.**<br>**PO Box 5487**<br>**Rockford, IL 61125-0847** | X | J | **Medical Services** | | X | | 12.80 |
| ACCOUNT NO.   **RAC2322**<br><br>**Rockford Associated Clinical Pathologists Inc.**<br>**PO Box 71082**<br>**Chicago, IL 60694-1082** | X | J | **Medical Services** | | X | | 8.10 |
| ACCOUNT NO.   **RRA296643, Ba3290**<br><br>**Rockford Radiology Assoc.**<br>**PO Box 1790**<br>**Brookfield, WI 53008-1790**<br><br><br>**Rockford Mercantile Agency**<br>**2502 South Alpine Road.**<br>**PO Box 5487**<br>**Rockford, IL 61125-0847** | X | J | **Medical Services** | | X | | 21.60 |
| ACCOUNT NO.   **See Next Column**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | | | **Student Loans**<br>**96336251991XXXX,**<br>**96336251991XXXX** | | X | | 76,578.00 |

_15_  Continuation sheets attached

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    76,620.50

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                     Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7873070, 0094505656** | X | J | | | X | | 350.00 |
| **Sherman Hospital** **1425 N. Randall Rd** **Elgin, IL 60123** **Medical Recovery Specialists Inc.** **2250 E. Devon Ave., Ste. 352** **Des Plaines, IL 60018-4519** | | | Medical Services | | | | |
| ACCOUNT NO.   **F63143-A74628** | X | J | | | X | | 148.20 |
| **Specialists in Gasroenterology** **1710 N Randall Rd # 280** **Elgin, IL 60123-9404** **Dependon Collection Service, Inc.** **PO Box 4833** **Oak Brook, IL 60522-4833** | | | Medical Services | | | | |
| ACCOUNT NO.   **See Next Column** | X | J | | | X | | 982.77 |
| **Swedish American Hospital** **PO Box 310283** **Des Moines, IA 50331** **Dennis A. Brebner & Associates** **860 Northpoint Blvd.** **Waukegan, IL 60085-8211** | | | Medical Services L00111975546, L00109904235 | | | | |

15   Continuation sheets attached

Sheet no. 13 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $                    **1,480.97**

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                                      Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **G223066, 1018XXXX** <br><br> **Swedish American MSO, Inc.** <br> **PO Box 1567** <br> **Rockford, IL 61110-0067** <br><br><br> **Mutual Management Services** <br> **401 E. State Street, 2nd Floor** <br> **PO Box 4777** <br> **Rockford, IL 61110** | X | J | **Medical Services** | | X | | 238.12 |
| ACCOUNT NO. **024430, 90309600004XXXX** <br><br> **UIC Clinics** <br> **PO Box 4689** <br> **Rockford, IL 61110-4689** <br><br><br> **Creditors' Protection Service Inc.** <br> **202 W. State Street** <br> **PO Box 4115** <br> **Rockford, IL 61110-0615** | X | J | **Medical Services** | | X | | 365.00 |
| ACCOUNT NO. **4428 2888 6783 3839** <br><br> **US Bank** <br> **PO Box 108** <br> **St. Louis, MO 63166-9801** | X | H | **Miscellaneous Purchases** | | X | | 3,303.64 |
| ACCOUNT NO. **4798 1744 2600 0148** <br><br> **US Bank** <br> **PO Box 790084** <br> **St. Louis, MO 63179-0084** <br><br><br> **HS Financial Group LLC** <br> **PO Box 451193** <br> **Westlake, OH 44145** | X | H | **Miscellaneous Business Purchases** | | X | | 9,007.72 |

_____15_____ Continuation sheets attached

Sheet no. __14__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ |  12,914.48

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alicia L. Harris**                          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4559 5121 0041 7857** | X | H | | | X | | **5,756.75** |
| **Washington Mutual Card Services** PO Box 660509 **Dallas, TX 75266-0509** | | | **Miscellaneous Purchases** | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139-3442** | | | | | | | |
| **Washington Mutual Card Services** **PO Box 99604** **Arlington, TX 76096-9604** | | | | | | | |
| **Chase** **Cardmember Service** **PO Box 15298** **Wilmington, DE 19850-5298** | | | | | | | |
| ACCOUNT NO.   **36208953, 10920063620XXXX** | | | | | X | | **703.00** |
| **Wells Fargo Financial** **4920 E. State Street** **Rockford, IL 61108-2272** | | | | | | | |
| **Wells Fargo Financial** **PO Box 14433** **Des Moines, IA 50306** | | | | | | | |
| **Wells Fargo Financial** **4143 121st Street** **Urbandale, IA 50323** | | | | | | | |
| **Zenith Acquisition Corp.** **170 Northpointe Parkway, Ste. 300** **Amherst, NY 14228** | | | | | | | |

_____15_____  Continuation sheets attached

Sheet no. _15_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **6,459.75**

Total ➤ $ **173,939.21**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  <u>Alicia L. Harris</u>                                        ,        Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **The Family of Orange Lake Resorts**<br>**8505 W. Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL 34747** | **Timeshare Contract** |

B6H (Official Form 6H) (12/07)

In re: **Alicia L. Harris**                                          Case No. _____
_____                                              **(If known)**
                        **Debtor**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **AAA Insurance**<br>**The Auto Club Group**<br>**8288 Innovation Way**<br>**Chicago, IL 60682-0082** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **AAA Insurance**<br>**MemberSelect Insurance Co.**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Advanced Dental Arts Center**<br>**Dr. Ronald F. Conder**<br>**163 Cadillac Court, Suite 4**<br>**Belvidere, IL 61008** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Associates in Psychiatry & Coun.**<br>**2040 Larkin Avenue, Ste. 202**<br>**Elgin, IL 60123** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Belvidere Rehab Sports Med**<br>**1255 Logan Avenue**<br>**Belvidere, IL 61008** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Belvidere Water and Sewer Dept.**<br>**401 Whitney Blvd.**<br>**Belvidere, IL 61008** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Centegra**<br>**3701 Doty Road**<br>**Woodstock, IL 60090** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Citi Cards**<br>**PO Box 6077**<br>**Sioux Falls, SD 57117-6077** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **CitiFinancial Services, Inc.**<br>**Bankruptcy Dept.**<br>**PO Box 140489**<br>**Irving, TX 75014-0489** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Comcast**<br>**4450 Kishwaukee Street**<br>**Rocfkord, IL 61109** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

B6H (Official Form 6H) (12/07) -Cont.

In re:  **Alicia L. Harris**                                                    Case No. _____
_____                                            **(If known)**
                        **Debtor**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Elgin Dental Profile**<br>**373 Summit Street, Suite #108**<br>**Elgin, IL 60120** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Fox Valley Hematology & Oncology Lt.d**<br>**1710 N. Randall Road, Ste. 300**<br>**Elgin, IL 60123** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Hauser Ross-Eye Institute**<br>**2240 Gateway Drive**<br>**Sycamore, IL 60178** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Illinois Pathologits Services LLC**<br>**PO Box 9846**<br>**Peoria, IL 6162** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Jack Lenox MD**<br>**1415 E. State Street, Ste. 800**<br>**Rockford, IL 61104-2344** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Macy's/Department Stores National Bank**<br>**111 Boulder Industrial Drive**<br>**Bridgeton, M0 63044** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **MDC Environmental Services**<br>**1505 Greenlee Street**<br>**Marengo, IL 60152-8247** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Medtronic**<br>**Minimed Distribution Corp.**<br>**13019 Collection Center Drive**<br>**Chicago, IL 60693-0130** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Oral and Maxillofacial**<br>**Surgery Specialists**<br>**4035 Morsay Drive**<br>**Rockford, IL 61107** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **OSF Saint Anthony Medical Center**<br>**5510 East State Street**<br>**Rockford, IL 61108-2381** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **OSF Specialty Clinic-Guilford Square**<br>**698 Featherstone Road**<br>**Rockford, IL 61107-6303** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Progressive**<br>**PO Box 31260**<br>**Tampal, FL 33631** |

B6H (Official Form 6H) (12/07) -Cont.

In re:  **Alicia L. Harris**                                      Case No. _____
                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                        (If known)
                    **Debtor**

# SCHEDULE H - CODEBTORS

❑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Quest Diagnostics**<br>**PO Box 809403**<br>**Chicago, IL 60680-9403** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Rockford Anesthesiologists Associated**<br>**PO Box 4569**<br>**Rockford, IL 61110-4569** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Rockford Assoc. Pathologists**<br>**PO Box 15785**<br>**Rockford, IL 61132-5785** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Rockford Associated Clinical**<br>**Pathologists Inc.**<br>**PO Box 71082**<br>**Chicago, IL 60694-1082** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Rockford Radiology Assoc.**<br>**PO Box 1790**<br>**Brookfield, WI 53008-1790** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Sherman Hospital**<br>**1425 N. Randall Rd**<br>**Elgin, IL 60123** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Specialists in Gasroenterology**<br>**1710 N Randall Rd # 280**<br>**Elgin, IL 60123-9404** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Swedish American MSO, Inc.**<br>**PO Box 1567**<br>**Rockford, IL 61110-0067** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **The Family of Orange Lake Resorts**<br>**8505 W. Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL 34747** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **UIC Clinics**<br>**PO Box 4689**<br>**Rockford, IL 61110-4689** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **US Bank**<br>**PO Box 790084**<br>**St. Louis, MO 63179-0084** |
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **US Bank**<br>**PO Box 108**<br>**St. Louis, MO 63166-9801** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re: __Alicia L. Harris_____,     Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vander Harris Jr.**<br>**2507 Fairfield Trail**<br>**Belvidere, IL 61008** | **Washington Mutual Card Services**<br>**PO Box 660509**<br>**Dallas, TX 75266-0509** |

B6I (Official Form 6I) (12/07)

| In re | Alicia L. Harris | Case No. | |
|---|---|---|---|
| | Debtor | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **17** |
| | **Daughter** | **16** |
| | **Daughter** | **8** |
| | **Son** | **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 0.00 | $ |
| 2. Estimate monthly overtime | | $ 0.00 | $ |
| 3. SUBTOTAL | | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ |
| b. Insurance | | $ 0.00 | $ |
| c. Union dues | | $ 0.00 | $ |
| d. Other (Specify) | | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ |
| 8. Income from real property | | $ 0.00 | $ |
| 9. Interest and dividends | | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | | $ 0.00 | $ |
| 12. Pension or retirement income | | $ 0.00 | $ |
| 13. Other monthly income (Specify) | | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 0.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re **Alicia L. Harris**                                  Case No. _____

                       **Debtor**                                               **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE**

B6J (Official Form 6J) (12/07)

In re **Alicia L. Harris**                                                      ,         Case No. _____
                               **Debtor**                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?    Yes _____  No ✓ | | |
| b. Is property insurance included?    Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Cellular Services** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other_____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 875.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 875.00 |
| c. Monthly net income (a. minus b.) | $ | -875.00 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Alicia L. Harris**                                    Case No. _____

                              Debtor                          Chapter    **7**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐     Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **76,578.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **76,578.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **875.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **122.92** |

### United States Bankruptcy Court
### Northern District of Illinois
### Western Division

In re  **Alicia L. Harris**

_____
Debtor

Case No. _____

Chapter    **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    1,364.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    173,939.21 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    175,303.21 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re **Alicia L. Harris**                                        ,        Case No. _____

                    Debtor                                                Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          12.126.00 | | |
| B - Personal Property | YES | 3 | $          16.701.19 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          13.490.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $          173.939.21 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $          0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $          875.00 |
| TOTAL | | 32 | $          28,827.19 | $          187,429.21 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Alicia L. Harris**                                                        Case No. _____

**Debtor**                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **34**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   **2/10/2012**                          Signature:   **s/ Alicia L. Harris**

                                                          **Alicia L. Harris**

                                                                    Debtor

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Western Division**

In re:  **Alicia L. Harris**                                          ,        Case No. _____

                        Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **10,512.75** | **Wages**<br>**Memorial Medical Center**<br>**4309 Medical Center Drive**<br>**McHenry, IL 60050** | **2010** |
| **737.50** | **Wages**<br>**Preferred Pediatric Home Health Care**<br>**12331 E. 60th Street**<br>**Tulsa, OK 74146** | **2011** |
| **9,228.73** | **Wages**<br>**Kishwaukee Community Hospital**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** | **2011** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Capital One vs. Alicia Harris 2010SC4741** | **Collection** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61104** | **Default Judgment** |
| **Capital One Bank vs. Alicia L Harris 2008SC542** | **Collection** | **Circuit Court of Boone County 601 N. Main Street Belvidere, IL 61008** | **Wage Deduction** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
     information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
     separated and a joint petition is not filed.)

| NAME AND ADDRESS | | DESCRIPTION |
| OF PERSON FOR WHOSE | DATE OF | AND VALUE OF |
| BENEFIT PROPERTY WAS SEIZED | SEIZURE | PROPERTY |

## 5.  Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
     debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
     whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF REPOSSESSION, | DESCRIPTION |
| NAME AND ADDRESS | FORECLOSURE SALE, | AND VALUE OF |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | PROPERTY |
| **Capital One** | **11/14/2011** | **Wages** |
| **PO Box 30285** | | |
| **Salt Lake City, UT 84130-0285** | | |

## 6.  Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
     or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| | | TERMS OF |
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| | NAME AND ADDRESS | | DESCRIPTION |
| NAME AND ADDRESS | OF COURT | DATE OF | AND VALUE OF |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | PROPERTY |

## 7.  Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☐    ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
     contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
     gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
     joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP | | DESCRIPTION |
| OF PERSON | TO DEBTOR, | DATE | AND VALUE OF |
| OR ORGANIZATION | IF ANY | OF GIFT | GIFT |
| **Salvation Army** | **None** | | **Occasional** |
| **422 S. Main Street** | | | **Clothing, Toys, etc.** |
| **Belvidere, IL 61008** | | | |

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Access Counseling** **633 W. 5th Street** **Los Angeles , CA  90071** | **11/8/11** | **$25.00 Prefiling Credit Counseling** |
| **Law Offices of Henry Repay** **930 W. Locust Street** **Belvidere, IL 61008** | **11/9/11** **Jacqueline Fowler, Mother** | **$1306.00 Filing Fee and Attorney Fees** |

## 10.  Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Junked** **None** | **05/01/2011** | **1999 Hyundai Sonata** |
| **Trade-in** | **12/01/2011** | **2003 Cadillac Seville** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Amcore Bank 501 7th Rockford, IL** | **Son's Savings Account** | **$1.00 closed approximately 1 year ago** |
| **Amcore Bank 501 7th Rockford, IL** | **Daughter's Savings Account** | **$300.00 closed approximately 1 year ago** |
| **Amcore Bank 501 7th Rockford, IL** | **Checking Account #4930** | **$200.00** |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2507 Fairfield Trail Belvidere, IL 61008** | **Alicia Harris** | **1/2010** |

## 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
     executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
     other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
     or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
     preceding the commencement of this case.

     *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
     and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
     the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
     beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
     equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

None  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑    U.S.C. § 101.

NAME _____    ADDRESS _____


* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.


Date  **2/10/2012**                              Signature     **s/ Alicia L. Harris**
                                                 of Debtor     **Alicia L. Harris**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Western Division

In re _____ **Alicia L. Harris** _____,     Case No. _____
Debtor                                                                Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**The Family of Orange Lake Resorts** | **Describe Property Securing Debt:**<br><br>**Time-Share**<br>**Orange Lake Resort**<br>**Kissimmee, Florida** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**The Family of Orange Lake Resorts** | **Describe Leased Property:**<br><br>**Timeshare Contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **2/10/2012** _____          **s/ Alicia L. Harris** _____
**Alicia L. Harris**
Signature of Debtor

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division

In re:   **Alicia L. Harris**

Case No. _____

Chapter   **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☐ Debtor       ☒ Other (specify)   **Jacqueline Fowler, Mother**

3. The source of compensation to be paid to me is:

   ☐ Debtor       ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Applicable to Post-Petition Chapter 7 Services:  $75.00 for each amendment to Schedules; $75.00 for preparation and filing of motion for court approval of reaffirmation agreement and attendance at hearing if required by the court; $200.00 per hour plus costs (when applicable) for all other representation.**

   **Representation does not include discharge or dischargeability proceedings, redemption proceedings, dismissal proceedings, reinstatement proceedings, judicial lien avoidances, post-petition amendments, relief from stay actions, adversary proceedings, attendance at continued meeting of creditors or preparation of motion to approve reaffirmation agreement.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **2/10/2012**

**s/ Henry Repay**
**Henry Repay, Bar No.  06199079**

**Law Offices of Henry Repay**
Attorney for Debtor(s)